

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 0 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN BENJAMIN RIOS,<br><br>Defendant. | Case No.  CR 10-436-AB<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On December 20, 2022, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on September 10, 2015.  Deputy Federal Public Defender ("DFPD") Jake Crammer was appointed to represent the defendant.  The government was represented by Assistant U.S. Attorney David Williams.  Defendant submitted on the recommendation, by Pretrial Services, that Defendant be detained.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ the petition alleges that while on supervised release, Defendant was convicted of continuous sexual abuse of a minor in violation of California Penal Code section s 288.5 and 288.7.

☒ history of non-compliance while on Supervision

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above)

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: December 20, 2022

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE